FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

2006 NOV 29 | A II: 33

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

STILEY MARCELLUS NEWSOME

Case No. 3:06-cr-359-J-20MCR

_____/

## SUPERVISED RELEASE REVOCATION
### and
## JUDGMENT AND COMMITMENT

On November 29, 2006, Ronald T. Henry, Assistant United States Attorney, and the Defendant, STILEY MARCELLUS NEWSOME, appeared in person and with his counsel, W. Charles Fletcher, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 3, filed November 8, 2006).

The Defendant, having heretofore been convicted on January 5, 1998, in Case No. 5:97CR00095-001, Eastern District of North Carolina, of offense charged, to wit: Conspiracy to distribute and possess with intent to distribute and distribute cocaine base, in violation of Title 21 U.S.C. § 846, as charged in Count One of the Information; and was sentenced to be imprisoned for a term of 144 months; and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 3, filed November 8, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one (1) year and one (1) day**. The Court recommends confinement at an institution that provides an intensive substance abuse program.

3. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 29 day of November, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Ronald T. Henry, Esq.
W. Charles Fletcher, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office

-2-